UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>AURORA DIALYSIS, LLC,<br><br>Debtor. | Case No. 11<br>Chapter 26-30890<br><br>**NOTICE OF APPEARANCE and REQUEST FOR SERVICE** |

Melissa Helen Burkland, Assistant United States Attorney, files this notice of appearance on behalf of the United States of America, Small Business Administration (United States), a creditor and party in interest.

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002(g)(1), the undersigned requests that all notices and papers served or required to be served in this case, be given to and/or served upon Assistant United States Attorney at the address below.

Dated: October 19, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Melissa Helen Burkland*

MELISSA HELEN BURKLAND
Assistant United States Attorney
ND Bar ID 10452
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, the Notice of Appearance and Request for Service was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Steven R Kinsella** on behalf of Debtor Aurora Dialysis, LLC
skinsella@fredlaw.com, sstallings@fredlaw.com; docketing@fredlaw.com

**United States Trustee**
USTPRegion12.SX.ECF@usdoj.gov

**Maurice VerStandig** on behalf of Interested Party Khaled Rabadi
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

**Sarah J. Wencil** on behalf of U.S. Trustee United States Trustee
sarah.j.wencil@usdoj.gov

Margo M. Kern

Margo M. Kern, Secretary
Office of the United States Attorney