**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, — Case No.: 26-30886
The Medical Group, LLC, — Case No.: 26-30888
North Dakota Dialysis, LLC, — Case No.: 26-30889
Aurora Dialysis, LLC, — Case No.: 26-30890
Kidney Institute of North Dakota, LLC, — Case No.: 26-30891
KDJ Investment Group, LLC, and — Case No.: 26-30892
KDJ Properties, LLC, — Case No.: 26-30893

Chapter 11 Cases

Debtors.[1]

---

## ORDER GRANTING INTERIM RELIEF ON MOTION FOR JOINT ADMINISTRATION OF CASES

---

Debtors Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC filed a Motion for an Order Authorizing Joint Administration of Cases. Doc. 13.[2] Debtors served notice of the motion.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

[2] A copy of the motion was filed in each of Debtors' cases. All docket references refer to the docket of In re Kidney & Hypertension Center, PLC d/b/a Grand Forks Clinic, Case No. 26-30886, unless otherwise noted.

The Court held a preliminary hearing on October 23, 2026. For the reasons stated on the record, the Court finds that Debtors are affiliated, and that joint administration of Debtors' estates does not appear to create conflicts of interest or harm creditors. Based on the record, it is also apparent that joint administration will save time and expense. Accordingly, the Court finds cause for jointly administering these cases.

**THEREFORE, IT IS ORDERED:**

1. Debtors' motion is granted on an interim basis.

2. In re Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, Bankruptcy No. 26-30886, is designated the lead case. Until final hearing on this matter, all documents must be filed in the lead case, except for each Debtor's schedules and statements (and amendments to them), proofs of claim, and monthly operating reports. Each Debtor must maintain its own claim register, and all proofs of claim must be filed in the appropriate case.

3. All parties must use the following caption:

| | |
|---|---|
| In re:<br><br>Kidney and Hypertension Center, PLC<br>d/b/a Grand Forks Clinic,<br>The Medical Group, LLC,<br>North Dakota Dialysis, LLC,<br>Aurora Dialysis, LLC,<br>Kidney Institute of North Dakota, LLC,<br>KDJ Investment Group, LLC, and<br>KDJ Properties, LLC,<br><br>Debtors. | **Jointly Administered**<br><br>Case No.: 26-30886<br>Case No.: 26-30888<br>Case No.: 26-30889<br>Case No.: 26-30890<br>Case No.: 26-30891<br>Case No.: 26-30892<br>Case No.: 26-30893<br><br>Chapter 11 Cases |

4. The Clerk shall enter the following note in each Debtor's case except Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, Bankruptcy No. 26-30886:

> The Court entered an Order directing the joint administration of the Chapter 11 cases of Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic

(Case No. 26-30886), The Medical Group, LLC (Case No. 26-30888), North Dakota Dialysis, LLC (Case No. 26-30889), Aurora Dialysis, LLC (Case No. 26-30890), Kidney Institute of North Dakota, LLC (Case No. 26-30891), KDJ Investment Group, LLC (Case No. 26-30892), and KDJ Properties, LLC (Case No. 26-30893). The docket in Case No. 26-30886 should be consulted for all matters affecting this case, and all further filings, except for proofs of claim, schedules, statements, monthly operating reports, and amendments to schedules and statements, should be made only in Case No. 26-30886.

5. A final hearing on the Motion will be held on **November 5, 2024, at 1:00 p.m. (Central)** in Courtroom # 3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota. The deadline to file an objection to final relief is **Wednesday, November 4, 2026**. If the Court receives no objections to the motion or if the objections are withdrawn, the Court may enter an order granting the relief requested and cancelling the hearing.

Dated: October 23, 2026.

Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT