# United States Bankruptcy Court
## District of North Dakota

In re Aurora Dialysis, LLC
Debtor(s)

Case No. 26-30890
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

AHS Staffing, LLC
3009 Astoria Ct
Edmond, OK 73034

AlliantGroup, LP
3009 Post Oak Blvd Suite 2000
Houston, TX 77056

ASD Healthcare
P.O. Box 848104
Dallas, TX 75284-8104

Blue Cross Blue Shield of North Dakota
Attn: Finance Department
4510 13th Avenue S
Fargo, ND 58121

Credibly
25200 Telegraph Rd, Suite 350
Southfield, MI 48033

D&D Laboratory, LLC
PO Box 49682
Greenwood, SC 29649

Dietitians on Demand
7814 Carousel Lane, Suite 210
Richmond, VA 23294

Evoqua Water Technologies LLC
28563 Network Place
Chicago, IL 60673-1285

Fresenius USA Manufacturing
P.O. Box 3936
Boston, MA 02241

Grand Forks Utility Billing
P.O. Box 5518
Grand Forks, ND 58206-5518

Henry Schein
Dept CH 10560
Palatine, IL 60055-0560

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Midcontinent Communications
P.O. Box 5010
Sioux Falls, SD 57117-5010

Mutual of Omaha
Payment Processing Center PO Box 2147
Omaha, NE 68103-2147

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

Quik Travel Staffing, Inc
2000 W Magnolia Blvd Ste. 100
Burbank, CA 91506

Rockwell Medical
3498 Payshere Circle
Chicago, IL 60674

Safe Harbor
Employee Fiduciary
205 N Conception St.
Mobile, AL 36603

Sceptre Management
612 North Kays Drive Suite 210
Kaysville, UT 84037

Spectra Laboratories
P.O. Box 3608
Boston, MA 02241-3708

Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197-6575

US Bank
PO Box 790408
St. Louis, MO 63179-0408

Visonex, LLC/dba Renvio
PO Box 202445
Dallas, TX 75320-2445